NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YECHEZKAL EVAN SPERO,**
*Appellant*

**v.**

**VOLKSWAGEN GROUP OF AMERICA, INC.,
PORSCHE CARS NORTH AMERICA, INC.,**
*Appellees*

**JOHN A. SQUIRES, UNDER SECRETARY OF
COMMERCE FOR INTELLECTUAL PROPERTY
AND DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2025-1028

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-01586, IPR2023-01122.

---

Decided:  May 14, 2026

---

THOMAS A. LEWRY, Brooks Kushman PC, Royal Oak, MI, argued for appellant.  Also represented by FRANK A. ANGILERI, JOHN M. HALAN, SANGEETA G. SHAH, ANDREW B.

2          SPERO v. VOLKSWAGEN GROUP OF AMERICA, INC.

TURNER.

RICHARD CRUDO, WILLIAM MILLIKEN, Sterne Kessler Goldstein & Fox PLLC, Washington, DC, argued for appellee Volkswagen Group of America, Inc. Also represented by JASON A. FITZSIMMONS, RYAN N. KAISER, MICHAEL D. SPECHT, DANIEL YONAN.

EDGAR HAUG, Haug Partners LLP, New York, NY, for appellee Porsche Cars North America, Inc. Also represented by ROBERT COLLETTI.

PETER JOHN SAWERT, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor John A. Squires. Also represented by ROBERT J. MCMANUS, FAHD H. PATEL.

––––––––––––––––

Before MOORE, *Chief Judge*, PROST and CUNNINGHAM, *Circuit Judges*.

MOORE, *Chief Judge*.

Yechezkal Evan Spero appeals a final written decision of the Patent Trial and Appeal Board (Board) determining claims 1–8, 10–19, 21–30, and 32–33 of U.S. Patent No. 11,208,029 are unpatentable. Because we affirm the Board's decision determining all claims of the '029 patent are unpatentable in *Spero v. Mercedes-Benz USA, LLC*, No. 2025-1306 (Fed. Cir. May 14, 2026), we dismiss this appeal as moot.

**DISMISSED**

COSTS

No costs.